1  Frank S. Hedin (SBN 291289)
   Hedin LLP
2  535 Mission Street, 14th Floor
   San Francisco, CA 94105
3  Telephone:  (305) 357-2107
   Facsimile:   (305) 200-8801
4  E-Mail:       fhedin@hedinllp.com

5  *Counsel for Plaintiff and
   the Putative Class*

6
                    UNITED STATES DISTRICT COURT
7
                   CENTRAL DISTRICT OF CALIFORNIA
8

9  TERESA TURNER, individually and    Case No. 2:25-cv-334
   on behalf of all others similarly
   situated,
10
                                       **PLAINTIFF'S NOTICE OF**
           Plaintiff,                  **INTERESTED PARTIES**
11
   V.
12
   NATIONAL NOTARY
13 ASSOCIATION,

14         Defendant.

15

16

17

18

19

20

21

The undersigned, counsel of record for Plaintiff Teresa Turner, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Teresa Turner
2. Defendant National Notary Association
3. Hedin LLP (counsel for Plaintiff)
4. Frank S. Hedin (counsel for Plaintiff)

Dated: January 13, 2025        Respectfully submitted,

**HEDIN LLP**

By: /s/ *Frank S. Hedin*

FRANK S. HEDIN (SBN 291289)
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiff and
the Putative Class*