CLARK HILL LLP
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendant
NATIONAL NOTARY ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-CV-00334-FMO-PD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED ORDER]**<br><br>Judge:   Fernando M. Olguin<br><br>Complaint Served: January 21, 2025<br>Response Due: February 11, 2025<br>New Response Date: April 14, 2025 |

Pursuant to Fed. R. Civ. P. 6 and L.R. 7-1, Plaintiff, TERESA TURNER ("Plaintiff") and Defendant NATIONAL NOTARY ASSOCIATION ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to extend the deadline for Defendant to respond to the Plaintiff's Complaint [Dkt. 1], as follows:

1.  On January 21, 2025, Plaintiff served her Summons and Complaint on Defendant. [Dkt. 1, 8].  Defendant's responsive pleading is currently due on February 11, 2025.

2.  To allow the Parties additional time to discuss and confer about the allegations in the Complaint, the Defendant's arguments concerning the

allegations, and potential resolution of the Complaint, the Parties hereby stipulate and agree to a sixty (60) day extension of time for the Defendant to respond to Plaintiff's Complaint, through and including April 14, 2025.

3. There have been no prior requests for extensions submitted to the Court any party. This extension is sought in good faith, is not for the purpose of delay, and will not impact any deadlines in this case (as none have been set).

4. Accordingly, the parties hereby stipulate to extend the Defendant's time to respond to Plaintiff's Complaint by sixty (60) days, until April 14, 2025.

IT IS SO STIPULATED.

Dated: February 4, 2025                    HEDIN LLP

By: /s/ Frank S. Hedin
    Frank S. Hedin

Attorneys for Plaintiff TERESA TURNER and the Putative Class

Dated: February 4, 2025                    CLARK HILL LLP

By: /s/ Myriah Jaworski
    Myriah Jaworski

Attorneys for Defendant
NATIONAL NOTARY ASSOCIATION