**CLARK HILL LLP**
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:   (619) 557-0404
Facsimile:    (619) 557-0460

Chirag H. Patel (*pro hac vice* forthcoming)
cpatel@clarkhill.com
130 E. Randolph
Suite 3900
Chicago, IL 60601
Telephone:   (312) 985-5900
Facsimile:    (312) 985-5999

*Attorneys for National Notary Association*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER,<br><br>                              Plaintiff,<br><br>        v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>                              Defendant. | Case No. 2:25-cv-00334-FMO-PD<br><br>**DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:      Fernando M. Olguin<br><br>Hearing Date:       April 10, 2025 |

//
//
//
//
//
//

1

I, Robert Clarke, declare as follows:

1.      I am of sound mind, over the age of 18, and have authority to make this declaration on behalf of the Defendant the National Notary Association ("NNA"). The matters set forth in this declaration are based on my personal knowledge or my personal investigation and review of relevant records.

2.      My current title is Chief Financial Officer and Vice President of Finance. In this role, my duties include overseeing the financial operations of the NNA, guiding its financial strategy and planning, and maintaining its fiscal stability. In this role, I collaborate with the executive management team to establish long-range goals, strategies, plans, and policies. Other key responsibilities include financial management, strategic planning, financial reporting, oversight of legal matters, compliance, and risk management.

**Background About the National Notary Association**

3.      The NNA is the preeminent professional association for the American Notary, and the ultimate source for every notarial need.

4.      As the foremost authority on the American Notary office, the NNA is dedicated to imparting knowledge, understanding and unity among all notaries, and instilling in them the highest ethical standards of conduct and sound notarial practices.

5.      The NNA is a national organization which provides commission and renewal programs for notaries in all 50 states and the District of Columbia.

6.      The NNA's primary products and services include: public advocacy, insurance and bond products, notary supplies, education and training programs, and online databases.

7.      <u>Public Advocacy</u>:  A core mission of the NNA is notary advocacy. The NNA engages on issues of importance to the notary community at both the state and federal levels. As just one example, the NNA developed the Model Notary Act which reflects best practices for how states should manage notary commissions. Over time,

the NNA has updated the Model Notary Act multiple times and, as a result, 30 to 40 states have adopted the Model Act in full or in part as a framework for their own state notary regulations.

8.    <u>Insurance and Bond Products</u>: A majority of jurisdictions require notaries to carry either a notary bond or notary errors and omissions (E&O) insurance. For example, California requires every notary to obtain a $15,000 surety bond. Even in states where insurance is not required, a notary bond or insurance product will protect the notary against mistakes and false claims. The NNA sells these insurance and bond products to our notary constituents.

9.    <u>Notary Supplies</u>:  The NNA sells a variety of products that aid notaries in carrying out their official notarial duties. These products include, among others: stamps, journals, certificates, thumb printers, handbooks, electronic notary products, and security and privacy products. Some state laws require notaries to have these products.

10.    <u>Education and Training Programs</u>: The NNA provides training and education programs to allow individuals to become a notary and renew their notary commission specific to the state or jurisdiction in which they seek their commission.

    a.  The NNA training and education programs are available both online and in live courses in California.

    b.  The NNA also offers an annual conference for notaries which includes training components and deeper dives into notary training.

    c.  The NNA programs are designed to meet the legal requirements to become a notary (or renew a commission for an existing notary). Depending on the state and selected program, this may include application forms, background checks, checklists, written materials, and interactive learning content.

**Checklist: California Notary Commission Process**

California Notary requirements and step-by-step instructions on how to become a Notary and get commissioned by the California Secretary of State.

**View the Checklist**

*Figure 1*, see https://www.nationalnotary.org/california/become-a-notary (last accessed on March 3, 2025).

11.    <u>Professional Notary Directory:</u>  The NNA provides individuals certified through the Notary Signing Agent program with access to its online database, where clients can search for signing agents. The NNA also offers the "Find a Notary" service, which functions as an on-demand directory for notaries where potential clients can find, contact, and schedule appointments with them through the website.

**The NNA's Online Education Programs.**

12.    As set forth above, one of the several missions of the NNA is to educate and train notaries and serve as a resource to them.

13.    To this end, the NNA offers its training and education programs online in all states and live in California, and through in-person and online conferences.

14.    I understand that Plaintiff Teresa Turner ("Ms. Turner") filed her complaint in this case on January 15, 2025. At the direction of my counsel, I have observed the NNA's data related to Ms. Turner for the two years preceding the filing of this action (the "Relevant Time Period").

15.    First, I note that online education programs compromise of only 10% or less of the NNA's total sales during the Relevant Time Period.

16.    Next, my review of the NNA records revealed that during the Relevant Time Period, the only programs that Ms. Turner obtained from the NNA were the

NNA's notary signing agent certification and continuing education training program, titled "NSA CE" and "NSA Online" (referred to as the "NSA Certification"). These programs make up approximately 1% of the NNA's total sales during the Relevant Time Period.

**The Website Does Not Collect or Disclose "Private Video Information"**

17.  Online education and training programs may be purchased from the NNA's website (nationalnotary.org) ("Website").  However, as explained further below, the programs are hosted or delivered on an entirely separate third-party platform.

18.  To purchase an online education program, a user must add their desired program to their shopping cart, and then complete the "Checkout Page:"



*Figure 2*, Sample Shopping Cart

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS



*Figure 3*, Sample Checkout Page

19.     Although the Meta Pixel was implemented on the NNA's Website during the Relevant Period, the NNA was intentional in its implementation to limit the type of data Meta received and specifically configured the Pixel ***not*** to allow Meta to collect the names of the online education and training programs purchased on its Website. Specifically:

20.     <u>As to URLs of the Shopping Cart and Purchase Pages</u>:

      a.   When a visitor places a program in their shopping cart, the shopping cart has a generic URL (nationalnotary.org/shoppingcart). *See Figure 3.* Thus, Meta does not receive a URL containing the name of the program that the user intends to purchase.

b. When a visitor proceeds to the checkout page, that check out page also has a generic URL (nationalnotary.org/checkout). *See **Figure 3.*** Thus, Meta does not receive a URL containing the name of the program the user has purchased.

21. <u>As to the Contents of Shopping Cart and Purchase Pages</u>: Meta does not have access to the names of online education and training programs that are in a visitor's shopping cart or that are purchased by the visitor, because the data field for the "course_name" was a numeric field (Float) (i.e., a random set of numbers) rather than a text field (String) (*i.e.*, as text that describes the course names), as demonstrated in ***Figure 4***, below.



***Figure 4***, Screenshot of BigQuery Data Analysis of Shopping Cart/Purchases Pages

22. The Meta Pixel did not collect any other details unless explicitly configured to do so (which it was not during the Relevant Time Period).

23. In short, the Pixel was never deployed on a page or in a manner that would allow Meta to collect information related to a user's purchase of an educational program from the Website.

**The Website Does Not Host the Online Education and Training Programs**

24. As mentioned, the NNA Website does not host or deliver the educational and training programs that are available on the NNA Website.

25. Rather, those programs are hosted by an independent third-party

platform called "Crowd Wisdom."

26.    After obtaining an online education or training program on the Website, the user accesses the Online Training program through a link:



**Figure 5**, Sample of Button to Access the NNA Training Center

27.    When the user clicks the link, they are redirected to Crowd Wisdom's website (mycrowdwisdom.com).

28.    The first-time a user clicks a link to access content on Crowd Wisdom's website, the Crowd Wisdom's Privacy Policy pops-up on the screen:



**Figure 6**, CrowdWisdom Consent Page

29.    As indicated in **Figure 6**, above, a user cannot access the Crowd

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS

Wisdom platform unless they affirmatively click "Accept."

30.    Once on Crowd Wisdom's website, the user can then access the education programs they purchased from the NNA.

31.    The Meta Pixel is not deployed on the Crowd Wisdom Platform at all.

**Further Investigation into Ms. Turner**

32.    As part of my investigation into Ms. Turner, and at the direction of my Counsel, I also conducted research into Ms. Turner's public presence on the internet and social media websites.

33.    My investigation revealed Ms. Turner's LinkedIn Profile. A true and accurate copy of her profile as of March 3, 2025 is attached as **Exhibit 1**.

34.    Ms. Turner lists her professional title as: "Mobile Notary, **Loan Signing Agent**, and Certified Notary Trust Delivery Agent (CNTDA)":



## Teresa Turner · 3rd

Mobile Notary, Loan Signing Agent, and Certified Notary Trust Delivery Agent (CNTDA)

*Figure 7*, Snapshot of Ms. Turner's Public LinkedIn Page (Header) (Ex. 1 at 1 (emphasis added))

35.    Ms. Turner also publicly lists the NNA as one of her "interests":

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS



**Figure 8**, Snapshot of Ms. Turner's Public LinkedIn Page (Interests Section)

36.    A true and accurate copy of the "Licenses & Certifications [sic]" section of Ms. Turner's LinkedIn Page as of March 3, 2025 is attached as Exhibit 2.

37.    Under her "Licenses and Certifications," Ms. Turner publicly lists "Loan Signing Agent, National Notary Association":

**Figure 9,** Snapshot of Ms. Turner's Public LinkedIn Page ("Licenses and certifications" Section) (Ex. 2)

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS

38.    As shown above, Ms. Turner's profile includes a picture of the exact certificate she received from the NNA following the completion of the online NSA Certification program that she obtained from the NNA.

39.    My investigation also revealed Ms. Turner's Facebook Profile. A true and accurate copy of her profile as of March 5, 2025 is attached as **Exhibit 3**.

40.    On her Facebook profile, she identifies herself as a "Loan Signing Agent." Ex. 5 at 1. As explained above, this is the exact certification from the only program that she purchased from the NNA (the NSA Certification). Ms. Turner's Facebook profile also links to the website  www.lady-and-the-stamp.com, which she identifies as her business. *Id.*

41.    A true and accurate copy of Ms. Turner's business website located at, www.lady-and-the-stamp.com is attached as **Exhibit 4**.

42.    On her website, Ms. Turner once again identifies herself as a "certified loan signing agent." Again, this is the exact certification from the only program that she purchased from the NNA (the NSA Certification):

Serving San Luis Obispo County. Commissioned mobile notary. Certified Loan Signing Agent and Certified Notary Trust Delivery Agent. Call or Text 1-805-769-6161 today for more information.



### Notarization of Legal Documents

Notary services provided for a variety of legal documents including affidavits, deeds, contracts, and more. Experienced and professional notary public will ensure that the document is signed and notarized according to the legal requirements.

### Loan Signing

Mortgage signing services for lenders, title companies, and signing agencies. Certified loan signing agent will ensure that all the necessary documents are signed and notarized correctly.



### Estate Planning Docs

Certified notary trust delivery services for your estate planning peace of mind.

*Figure 10,* Snapshot of Ms. Turner's Website (Ex. 4 (highlights added))

43.    In closing, the NNA seeks to serve its notary members by supporting

CASE NO.:  2:25-CV-00334-FMO-PD

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS

their needs, including offering education and training programs.  Lawsuits like Ms. Turner's jeopardize the NNA's ability to fulfill this important role.

Executed on: March 7, 2025

By:    */s/ Robert Clarke*
        Robert Clarke
        Chief Financial Officer / VP Finance
        National Notary Association

DECLARATION OF ROBERT CLARKE IN SUPPORT OF MOTION TO DISMISS

# **Exhibit 1**

 
Get hired faster
Premium free

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾



### Teresa Turner · 3rd

Mobile Notary, Loan Signing Agent, and Certified Notary Trust Delivery Agent (CNTDA)

 • Lady and the Stamp

 • Santa Barbara City College

Atascadero, California, United States · Contact info

371 connections

[ 📩 Message ]   [ + Follow ]   [ More ]

---

### About

Notary Public and Loan Signing Agent.

---

### Services

Notary

[ Request services ]

Show all services →

---

### Featured

Link

Web content for Tulsa kitchen and bath.
tulsakitchenandbath.com
Remodeling a kitchen or bathroom in Tulsa OK, on your own can be expensive and time-consuming. Instead, contact us for your kitchen or bathroom remodel in Tulsa.

Link


How to Have Safe Property Inspections During a Pandemic ...
ApplyConnect
During a pandemic, we have to take precautions with property inspections. While tenants still need to move during these times, it's business as usual.

Docum

GSBR
3.0-p
This
used
broke
team

## Activity

372 followers

**Posts**    Comments    Events

**Teresa Turner** · 3rd+
Mobile Notary, Loan Signing Agent, and ...
1w · 🌐

Please come and support my ribbon cutting. Thank you.



Thu, Jan 23, 4:30 PM - 5:30 PM PST    View event

Ribbon Cutting
📍 Atascadero, US

**Teresa Turner**
Mobile Notary, Lo...
1yr · 🌐

I'm happy to share that I'v
certification: Certified Not
(CNTDA) from Notary Co

Celebrating a

👍 2 · 3 comments

Show all posts →

## Experience

 **Lady and the Stamp**
3 yrs 3 mos
Atascadero, California, United States

● **Notary Public and Loan Signing Agent**
Self-employed
Nov 2021 - Present · 3 yrs 3 mos
On-site

Notary Public and Loan Signing Agent.

🏷 Real Estate Transactions

● **Owner**
Self-employed
Nov 2021 - Present · 3 yrs 3 mos
Hybrid

🏷 Notary, Signing Agent and +1 skill

● **Business Owner**
Nov 2021 - Present · 3 yrs 3 mos

 **Freelance Writer**
Teresa Turner · Freelance
Jan 1990 - Nov 2021 · 31 yrs 11 mos
Atascadero, CA

Various writing assignments. Web content, press releases, journalism, indexing, and creative writing for local publications. A few samples are...

   





**Writer at Teresa Turner**

Teresa Turner · Freelance

Jan 1988 - Nov 2021 · 33 yrs 11 mos

Atascadero, CA

Technical Writer for the Multiple Listing Service (MLS) user's guide. Writer
for the Broker & Agent magazine and the South Bay (LA) Associa ...see more

 GSBRMLS Matrix Training Manual 3.0



**Real Estate Agent, Community Association Manager**

Indepentent Contractor

Mar 2003 - Feb 2015 · 12 yrs

Paso Robles, CA

Managed a portfolio of eight community associations. Budgeting, vendor
bidding, and insurance administration. Assisted homeowners and...



**Executive Assistant (part time)**

Haight Properties

Sep 2009 - Sep 2011 · 2 yrs 1 mo

Santa Barbara, CA

Maintain multi-family property insurance and reports. Assist in foreclosures,
law suits, refinance and acquisitions for a General Partner of Investors....

Show all 9 experiences →

## Education



**Santa Barbara City College**

Some College - Computer Science and Theater

1983 - 1985

## Licenses & certifications



**Certified Notary Trust Delivery Agent**

Notary Coach

Issued Oct 2023

 Credential Renderer.pdf

Certified Notary Trust Delivery Agent



**Notary Public Commission**

California Secretary of State

Issued Nov 2021 · Expires Nov 2025

Show all 3 licenses & certifications →

## Volunteering



**Real Estate and CrowdFunding**

Paso Robles Food Co-op

Apr 2013 - Mar 2019 · 6 yrs

Education

One of the original founders, I have been involved with the steering
committee and the marketing, outreach, and business sub-committees. Als...



**Board of Directors, Local Director**

Paso Robles Association of Realtors

Jan 2013 - Dec 2014 · 2 yrs

## Skills

### Notary

 Owner at Lady and the Stamp

### Signing Agent

Owner at Lady and the Stamp

Show all 29 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Teresa receives will appear here.

## Courses

**Certificates for Professional Technical Writing Technical**

 Associated with Dynamic Systems Inc.*

**Certificates of Completion of Multiple Listing Service (MLS) Training**

 Associated with Indepentent Contractor

Show all 5 courses →

## Honors & awards

**Member of the Year**
Issued by South Bay (LA) Association of Realtors · Oct 2005

 Associated with Indepentent Contractor

**Outstanding Service and Dedication Award**
Issued by South Bay (LA) Association of Realtors · Oct 2005

Associated with Indepentent Contractor

For my duties at the South Bay (LA) Association of Realtors:
Multiple Listing Service (MLS) trainer....

Show all 3 honors & awards →

## Interests

**Companies**    Groups

 **American Bar Association**
289,431 followers

+ Follow

 **National Notary Association**
61,960 followers

+ Follow

Show all companies →

# Exhibit 2

       

Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾    Retry Premium for $0

 **Teresa Turner**
Mobile Notary, Loan Signing Agent, and Certifi...

More    + Follow    ✈ Message

← **Licenses & certifications**

**Certified Notary Trust Delivery Agent**
Notary Coach
Issued Oct 2023



📄 **Credential Renderer.pdf**
Certified Notary Trust Delivery Agent

**Notary Public Commission**
California Secretary of State
Issued Nov 2021 · Expires Nov 2025

**Loan Signing Agent**
National Notary Association



Promoted ···

Chirag H., explore relevant opportunities
with gWorks

Get the latest jobs and industry news

Follow

**More profiles for you**

Promoted •••

 **Thousands Trust Actalent**
Thousands trust Actalent's engineering and science services.

 **Orhan** & 3 other connections also follow Actalent

 **Study Digital Forensics**
Enhance Your Career w/a Digital Forensics Grad Certificate. Online/OnCampus

About                          Accessibility              Talent Solutions

Professional Community Policies   Careers                  Marketing Solutions          ? **Questions?**            Select Language
                                                                                         Visit our Help Center.     ┌─────────────────────────┐
Privacy & Terms ▾              Ad Choices                 Advertising                                               │ English (English)     ▾ │
                                                                                                                    └─────────────────────────┘
Sales Solutions               Mobile                     Small Business              ⚙ **Manage your account and privacy**
                                                                                       Go to your Settings.
Safety Center
                                                                                      🛡 **Recommendation transparency**
                                                                                       Learn more about Recommended Content.

LinkedIn Corporation © 2025

# **Exhibit 3**

       



# Teresa Turner

856 friends

Add friend     **Message**

**Posts**    About    Friends    Photos    Videos    Reels    More ▾    • • •

## Intro

Notary Public, Loan Signing Agent, and Certified Notary Trust Delivery Agent

🧰 Notary Public • Loan Signing Agent at **Lady & the Stamp**

🎓 Studied Computer science and theater. at **Santa Barbara City College**

🏠 Lives in **Atascadero, California**

💜 Single

🕐 Joined on June 2009

📶 Followed by **487 people**

# **Exhibit 4**



Teresa Turner
Mobile Notary

About    Contact    Blog



# Lady & the Stamp Mobile Notary

Call Now

Get a Quote



## Professional Mobile Notary Services in San Luis Obispo County

Lady and the Stamp is a commissioned mobile notary, certified loan signing agent, and certified notary trust delivery agent serving San Luis Obispo County. I provide convenient, reliable, and affordable mobile notary services at your doorstep. Call or text 1-805-769-6161 today for more information.

**Read More**



Serving San Luis Obispo County. Commissioned mobile notary, Certified Loan Signing Agent, and Certified Notary Trust Delivery Agent. Call or Text 1-805-769-6161 today for more information.



## Notarization of Legal Documents

Notary services provided for a variety of legal documents including affidavits, deeds, contracts, and more. Experienced and professional notary public will ensure that the document is signed and notarized according to the legal requirements.



## Loan Signing

Mortgage signing services for lenders, title companies, and signing agencies. Certified loan signing agent will ensure that all the necessary documents are signed and notarized correctly.



## Estate Planning Docs

Certified notary trust delivery services for your estate planning peace of mind.



## Signature Witnessing

We offer notary services for power of attorney documents. Our notary public will ensure that the document is signed and notarized according to the legal requirements.



We provide notary services for health care directives. Our notary public will ensure that the document is signed and notarized according to the legal requirements.



## Notarial Acknowledgement

We offer other mobile notary services including vehicle title transfers, jail notary services, and more. Contact us to discuss your specific needs.

See More