1  Frank S. Hedin (SBN 291289)
   Hedin LLP
2  535 Mission Street, 14th Floor
   San Francisco, CA 94105
3  Telephone:   (305) 357-2107
   Facsimile:   (305) 200-8801
4  E-Mail:      fhedin@hedinllp.com

5  *Counsel for Plaintiffs and
   the Putative Class*

6
                    **UNITED STATES DISTRICT COURT**
7
                    **CENTRAL DISTRICT OF CALIFORNIA**
8

9  | TERESA TURNER, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-334-FMO-PD |
   |---|---|

   TERESA TURNER, individually and
9  on behalf of all others similarly
   situated,                              Case No. 2:25-cv-334-FMO-PD

10         Plaintiff,                      **JOINT STIPULATION TO CONTINUE
                                           HEARING AND RESET BRIEFING
11 V.                                      SCHEDULE**

12 NATIONAL NOTARY                         Complaint Filed: January 13, 2025
   ASSOCIATION,
13         Defendant.                      Current Hearing Date: April 10, 2025
                                           New Hearing Date: May 1, 2025
14
                                           Plaintiffs' Current Deadline: Mar. 20, 2025
15                                         Plaintiff's New Deadline: April 10, 2025

16                                         Defendant's Reply Date: March 27, 2025
                                           Defendants' New Deadline: April 17, 2025
17

18

19

20

---

1      Plaintiff Teresa Turner and Defendant National Notary Association (collectively,

2  the "Parties"), by and through their respective counsel, stipulate and agree as follows:

3      WHEREAS, on January 13, 2025, Plaintiff commenced this action;

4      WHEREAS, on February 4, 2025, the Parties agreed to a 60-day extension of time

5  for Defendant to respond to the Complaint, up to and including April 14, 2025 (ECF No.

6  10);

7      WHEREAS, on February 6, 2025, the Court endorsed the Parties' Stipulation in

8  part by extending Defendant's deadline to respond to the complaint to March 7, 2025

9  (ECF Nos. 12 &13);

10      WHEREAS, on March 7, 2025, Defendant filed a Motion to Dismiss the FAC (the

11  "Motion") (ECF No. 14);

12      WHEREAS, the Parties met, conferred, and agreed to continue the Motion hearing

13  scheduled on April 10, 2025 to May 1, 2025, and to reset the briefing schedule based on

14  the new hearing date, which will move Plaintiff's response deadline from March 20,

15  2025 to April 10, 2025, and Defendant's reply deadline from March 27, 2025 to April

16  17, 2025.   This extension will provide Plaintiffs' counsel with additional time to

17  investigate the arguments made in the Motion in light of the press of other matters, and

18  to prepare an appropriate response to the Motion.   This extension will also permit

19  Defendant additional time to file the required notice of constitutional challenge and serve

20  that notice upon the U.S. Attorney General pursuant to Federal Rule of Civil Procedure

1

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO RESET
BRIEFING SCHEDULE
CASE NO. 2:25-cv-334-FMO-PD

5.1.   The extension will also appropriately move and modestly extend Defendant's deadline to prepare their reply brief in support of the Motion, which counsel anticipates requiring given their own upcoming professional commitments;

WHEREAS, the requested continuance and extension are made in a timely fashion, in good faith, and not for any purpose of delay. Granting this request for a continuance and extensions of time will not prejudice any party to this matter;

WHEREAS, this is the Parties' first request for a continuance and an extension of time with respect to the Motion hearing and the deadlines for Plaintiff's opposition and Defendant's reply briefs related to the Motion;

WHEREFORE, given the foregoing, Plaintiff and Defendant have conferred and agree that good cause exists to continue the hearing and extend the Parties' deadlines to file their response and reply related to the Motion.

## **STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1.     The hearing on Defendant's Motion to Dismiss is continued to May 1, 2025 at 10:00 AM;

2.     Plaintiff's deadline to file a response to the Motion is extended from March 20, 2025 to April 10, 2025.

1    3.    Defendant's deadline to file a reply is extended from March 27, 2025 to

2   April 17, 2025.

3    4.    This stipulation is without prejudice to the rights, claims, arguments, and

4   defenses of the Parties.

5
                                Respectfully submitted,
6

7   Dated: March 13, 2025              **HEDIN LLP**

8                                By: /s/ *Frank S. Hedin*
                                     Frank S. Hedin (SBN 291289)
9                                    fhedin@hedinllp.com

10                                   *Attorney for Plaintiffs and Putative Class*

11
    Dated: March 13, 2025              **CLARK HILL LLP**
12

13                               By: /s/ *Myriah Jaworski*
                                     Myriah Jaworski (SBN 336898)
14                                   mjaworski@clarkhill.com
                                     *Attorneys for Defendants*

15

16

17

18

19

20

## SIGNATURE CERTIFICATION

      Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in, and have authorized the filing of this Joint Stipulation.

By: /s/ *Frank S. Hedin*
       Frank S. Hedin (SBN 291289)