# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-cv-334-FMO-PD<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE HEARING AND RESET BRIEFING SCHEDULE** |

**ORDER**

The Parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss and to Reset Briefing Schedule is GRANTED. The hearing on Defendant's Motion to Dismiss is continued to May 1, 2025 at 10:00 AM, Plaintiffs' deadline to file a response to the Motion is extended to April 10, 2025, and Defendants' deadline to file a reply is extended to April 17, 2025.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT JUDGE