UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL NOTARY ASSOCIATION, <br><br> Defendant. | Case No. 2:25-cv-334-FMO-PD <br><br> **ORDER ON JOINT STIPULATION [18] TO CONTINUE HEARING AND RESET BRIEFING SCHEDULE** |

The Parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss and to Reset Briefing Schedule is GRANTED. The hearing on Defendant's Motion to Dismiss is continued to **May 1, 2025 at 10:00 AM**, Plaintiffs' deadline to file a response to the Motion is extended to April 10, 2025, and Defendants' deadline to file a reply is extended to April 17, 2025.

**IT IS SO ORDERED.**

Dated: March 14, 2025        _____/s/_____
                             HONORABLE FERNANDO M. OLGUIN
                             UNITED STATES DISTRICT JUDGE