**CLARK HILL LLP**
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Chirag H. Patel (*pro hac vice* forthcoming)
cpatel@clarkhill.com
130 E. Randolph
Suite 3900
Chicago, IL 60601
Telephone:  (312) 985-5900
Facsimile:   (312) 985-5999

*Attorneys for Defendant National Notary Association*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-CV-00334-FMO-PD<br><br>**FED. R. CIV. P. 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE**<br><br>Judge:   Fernando M. Olguin |

   Pursuant to Fed. R. Civ. P. 5.1, National Notary Association ("NNA"), through its undersigned attorneys, provides this notice of its constitutional challenge of a federal statute:

   1.   On March 7, 2025, the NNA filed a Fed. R. Civ. P. 12(b)(6) motion to dismiss ("Motion") challenging the constitutionality of the Video Privacy Protection

Act, 18 U.S.C. § 2710 ("VPPA"). [ECF No. 14]. The Motion argues that the VPPA facially and as applied violates the First Amendment and the Due Process Clause of the Fifth Amendment of the United States Constitution. *Id.* at 22-25.

2. On March 17, 2025, I provided notice to the United States Attorney General by mailing a copy of the Motion by U.S. Certified Mail to:

> Pam Bondi, Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

Dated:  March 17, 2025         CLARK HILL LLP

By: */s/ Myriah V. Jaworski*
Myriah Jaworski

*Attorneys for Defendant National Notary Association*