YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Director
Civil Division, Federal Programs Branch

CRISTEN C. HANDLEY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-2677
Email: cristen.handley@usdoj.gov

*Counsel for United States of America*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-cv-00334-FMO-PD<br><br>**STIPULATION TO EXTEND UNITED STATES' DEADLINE TO INTERVENE** |

STIPULATION TO EXTEND UNITED STATES' DEADLINE TO INTERVENE

1


IT IS HEREBY STIPULATED by and between Plaintiff Teresa Turner, Defendant National Notary Association, and Interested Party United States of America, through their counsel, that the United States' deadline to intervene in this matter be extended by 45 days, from May 16, 2025 to June 30, 2025. Good cause exists to approve this stipulated extension.

On March 17, 2025, Defendant National Notary Association ("Defendant") filed a Notice of Constitutional Question in this matter pursuant to Federal Rule of Civil Procedure 5.1. *See* ECF No. 20. In that Notice, Defendant states that its Motion to Dismiss Plaintiff's Complaint, *see* ECF No. 14, "challeng[es] the constitutionality of the Video Privacy Protection Act, 18 U.S.C. § 2710," and specifically "argues that the VPPA facially and as applied violates the First Amendment and Due Process Clause of the Fifth Amendment of the United States Constitution." ECF No. 20 at 1-2. Pursuant to the briefing schedule entered by this Court, *see* ECF No. 19, Plaintiffs filed their opposition to Defendant's motion to dismiss on April 10, 2025, *see* ECF No. 27, and Defendant filed its reply on April 17, 2025, *see* ECF No. 28.

The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a). Counsel for the United States respectfully advises the Court that the United States has not yet decided whether to intervene in this action to defend the constitutionality of the VPPA. The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute, *see* 28 C.F.R. § 0.21, and that approval process often takes several weeks.

Pursuant to Rule 5.1(c), the current deadline for the United States to intervene is May 16, 2025. However, notice of this constitutional challenge only recently came to the attention of the component of the Department of Justice responsible for recommending to the Solicitor General whether intervention is warranted, including undersigned counsel. Accordingly, because the approval process often takes several weeks and in light of the press of other litigation in which the United States is a party, the United States respectfully requests that the Court enter this Stipulation to extend by 45 days the deadline to decide whether to intervene for the limited purpose of defending the constitutionality of the VPPA, up to and including June 30, 2025. If the United States decides to intervene, it will be prepared to file its notice of

intervention and accompanying memorandum in defense of the constitutionality of the statute no later than June 30, 2025.

The requested extension is requested for good cause and is not intended to cause undue delay or otherwise prejudice any party. Undersigned counsel for the United States has conferred with counsel for all parties in order to prepare this Stipulation, who consent to the requested extension. The United States has not previously requested any extension of time in this matter.

WHEREFORE, the parties respectfully submit this Stipulation to the Court for its approval.

Date: May 1, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Director
Civil Division, Federal Programs Branch

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar No. 60114)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-2677
Email: cristen.handley@usdoj.gov

*Counsel for United States of America*

STIPULATION TO EXTEND UNITED
STATES' DEADLINE TO INTERVENE

FRANK S. HEDIN (SBN 291289)
**HEDIN LLP**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiff and Putative Class*

CLARK HILL LLP
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
One America Plaza 600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Chirag H. Patel (pro hac vice)
cpatel@clarkhill.com 130 E. Randolph Suite 3900
Chicago, IL 60601
Telephone: (312) 985-5900
Facsimile: (312) 985-5999

*Attorneys for Defendant National Notary Association*

<u>ATTESTATION UNDER LOCAL RULE 5-4.3.4</u>

I, Cristen C. Handley, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Plaintiff's counsel, Frank Hedin, and Defendant's counsel, Chirag Patel, have concurred in this filing.

DATED: May 1, 2025

<u>/s/Cristen C. Handley</u>
CRISTEN C. HANDLEY
Trial Attorney

4

STIPULATION TO EXTEND UNITED
STATES' DEADLINE TO INTERVENE

DECLARATION OF CRISTEN C. HANDLEY

I, Cristen C. Handley, declare:

1. I am a trial attorney with the United States Department of Justice, Civil Division, and have entered an appearance on behalf of the United States as an Interested Party in the above-captioned case.

2. On April 23, 2025 and April 29, 2025, I met and conferred with Plaintiff's counsel, Frank Hedin, and Defendant's counsel, Chirag Patel, via e-mail regarding the Government's contemplated request for a 45-day extension of its deadline to intervene in this matter. Counsel for Plaintiff and Defendant responded via e-mail that they do not oppose the Government's request. Accordingly, I prepared this Stipulation and Proposed Order and provided it to counsel for their review. Counsel approved.

I declare under penalty of perjury that the above is true and correct.

Executed this 1st day of May, 2025.

/s/Cristen C. Handley
CRISTEN C. HANDLEY