YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Director
Civil Division, Federal Programs Branch

CRISTEN C. HANDLEY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-2677
Email: cristen.handley@usdoj.gov

*Counsel for United States of America*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-cv-00334-FMO-PD<br><br>**ORDER ENTERING STIPULATION [31] TO EXTEND UNITED STATES' DEADLINE TO INTERVENE** |

The Court, having considered the parties' Stipulation to Extend the United States' Deadline to Intervene and Declaration of Cristen C. Handley, and finding good cause shown, hereby ORDERS that:

The United States' deadline to intervene is extended by 45 days, to June 30, 2025.

DATED: May __2__, 2025

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1