**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA TURNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-CV-00334-FMO-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>Judge:   Fernando M. Olguin |

    Upon considering Defendant National Notary Association's Motion to Stay Discovery, and the Court being fully aware of the premises therein, it is hereby:

    ORDERED that the Motion is GRANTED, and that all discovery is stayed until this Court enters an order lifting the stay.

Dated:_____

                                                                        Fernando M. Olguin<br>                                                                        United States District Judge