UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-334-FMO-PDx         Date. May 13, 2025

Title   *Teresa Turner v. National Notary Association*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 05/13/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Plaintiff:   Attorneys Present for Defendant:

Frank S. Hedin            Chirag H. Patel
                          Cori Cristen Handley

Proceedings:     **Informal Discovery Conference (via Zoom)**

On May 13, 2025, the Court conducted an informal discovery conference via zoom webinar. Counsel, the Court, and court staff all appeared in that manner.[1]

The Court conducted the conference in response to the parties' email to the Court dated May 9, 205, a copy of which is attached. The Court reviewed and considered the email, the docket in this matter, and the arguments of counsel, and the Court ruled as set forth on the record.

IT IS SO ORDERED.

Attachment: May 9, 2025 email

Initials of Preparer: IV
Time in Court: :10

---

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.