**CLARK HILL LLP**
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Chirag H. Patel (*pro hac vice*)
cpatel@clarkhill.com
130 E. Randolph
Suite 3900
Chicago, IL 60601
Telephone: (312) 985-5900
Facsimile: (312) 985-5999

*Attorneys for Defendant National Notary Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTARY ASSOCIATION,<br><br>Defendant. | Case No. 2:25-CV-00334-FMO-PD<br><br>**NOTICE OF DECISIONS BY OTHER COURTS**<br><br>Judge:   Fernando M. Olguin<br><br>Ctrm: 6D |

## NOTICE OF DECISIONS BY OTHER COURTS

Defendant National Notary Association respectfully submits this Notice of Decisions by Other Courts regarding relevant orders issued by the U.S. Court of Appeals for the Second Circuit.

The Parties have fully briefed Defendant's motion to dismiss. [ECF Nos. 14, 28.] Among other things, the parties dispute whether the information allegedly transmitted by Facebook's Meta Pixel, including a Facebook ID ("FID") constitutes "personally identifiable information" under the Video Privacy Protection Act of 1988, 18 U.S.C. § 2710 (the "VPPA"). *Compare* Def.'s Mot. to Dismiss at 20 [ECF No. 14], *with* Pl.'s Opp. at 16 [ECF No. 27].

In *Solomon v. Flipps Media, Inc.*, 136 F.4th 41 (2nd Cir. May 1, 2025) (attached as Exhibit 1), the Second Circuit held that "personally identifiable information" under the VPPA is "limited to the disclosure of information that would permit an ordinary person to learn a specific individual's video watching history" and that an "ordinary person" cannot identify an individual thorough an FID or lines of code. (citing *Eichenberger v. ESPN, Inc.*, 876 F.3d 979, 984 (9th Cir. 2017); *In re Nickelodeon Consumer Priv. Litig.*, 827 F.3d 262 (3d Cir. 2016)).

In *Hughes v. Nat'l Football League*, No. 24-2656, 2025 WL 1720295, at *3 (2d Cir. June 20, 2025) (attached as Exhibit 2), the Second Circuit held that "personally identifiable information" under the VPPA is based on whether an ordinary person would be able to understand the actual underlying code communication itself, regardless of how the code is later manipulated or used by the company or that an ordinary person could translate the code using internet-based tools like ChatGPT. (citing *Solomon,* 136 F.4th 41). "*Solomon* effectively shut the door for Pixel-based VPPA claims." *Id*. at *2.

Dated:  September 17, 2025        CLARK HILL LLP

By: */s/ Chirag H. Patel*
      Chirag H. Patel

*Attorneys for Defendant National Notary Association*