**CLARK HILL LLP**
Myriah Jaworski (SBN 336898)
mjaworski@clarkhill.com
Ali Bloom (SBN 347446)
abloom@clarkhill.com
350 Tenth Avenue, Suite 1200
San Diego, CA 92101
Telephone:   (619) 557-0404
Facsimile:   (619) 557-0460

Chirag H. Patel (*pro hac vice*)
cpatel@clarkhill.com
130 E. Randolph
Suite 3900
Chicago, IL 60601
Telephone:   (312) 985-5900
Facsimile:   (312) 985-5999

*Attorneys for Defendant National Notary Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TURNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL NOTARY ASSOCIATION, <br><br> Defendant. | Case No. 2:25-CV-00334-FMO-PD <br><br> **DEFENDANT NATIONAL NOTARY ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT** <br><br> Judge:    Fernando M. Olguin <br><br> Ctrm: 6D |

Defendant National Notary Association ("Defendant") by and through their attorneys, Clark Hill LLP, hereby responds to and answers plaintiff Teresa Turner's ("Plaintiff") Class Action Complaint (the "Complaint").

## **GENERAL DENIAL**

Pursuant to Fed. R. Civ. P. 8(b)(3), Defendant generally denies all of the allegations in Plaintiff's Complaint, except for those expressly admitted below.

## ANSWER

1. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

2. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

3. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

4. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

5. Defendant specifically denies that it is a "Video Tape Service Provider." Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

6. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of Plaintiff's Complaint, and therefore denies the allegation.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of Plaintiff's Complaint, and therefore denies the allegation.

9. Defendant admits only that Plaintiff obtained professional certification courses from Defendant, which Plaintiff published publicly including directly to Meta. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations that "Plaintiff had a Meta account, Meta profile displaying her name and picture, and an FID" at all relevant times. Defendant objects to remaining the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

11. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

12. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

13. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

14. Defendant admits the allegations in this paragraph of Plaintiff's Complaint.

15. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, at stated its affirmative defenses, Defendant asserts that Plaintiff has not suffered an Article III injury-in-fact.

16. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary,

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

subject to its affirmative defenses, Defendant does not contest venue and personal jurisdiction.

17. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

18. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and further denies the violation of any law or legal obligation.

19. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and further denies the violation of any law or legal obligation.

20. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and further denies the violation of any law or legal obligation.

21. Defendant objects to the allegations in this paragraph of Plaintiff's

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and further denies the violation of any law or legal obligation.

22.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and further denies the violation of any law or legal obligation.

23.    Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

24.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

25.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

26.    Defendant objects to the allegations in this paragraph of Plaintiff's

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

27. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

28. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

29. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

30. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

31. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

32. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video

ANSWER TO CLASS ACTION COMPLAINT

Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

33. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

34. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

35. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

36. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

37. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

38. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument

ANSWER TO CLASS ACTION COMPLAINT

to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

39.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

40.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

41.    Defendant denies the allegations in this paragraph of Plaintiff's complaint.

42.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

43.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

44.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary,

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

Defendant denies the allegations, and denies the violation of any law or legal obligation.

45.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

46.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

47.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

48.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, denies the violation of any law or legal obligation.

49.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

50.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

51.    Defendant denies the allegations in this Paragraph to the extent that is relates to the operation of its Website. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

52.    Defendant denies the allegations in this Paragraph to the extent that is relates to the operation of its Website. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

53.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

54.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

55.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

56.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

57.    Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations.

58.    Defendant admits only that it offers online courses and certification programs, including for becoming a licensed notary and signing agent, on its website. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

59.    Defendant admits only that purchases for online orders requires the submission of basic contact and payment information. Defendant objects to the

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

60. Defendant denies the allegations in this paragraph of Plaintiff's Complaint.

61. Defendant denies the allegations in this paragraph of Plaintiff's Complaint.

62. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further aobjects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

63. Defendant denies the allegations in this paragraph of Plaintiff's Complaint.

64. Defendant denies the allegations in this paragraph of Plaintiff's Complaint.

65. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

66. Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant objects to the remaining allegations in this

ANSWER TO CLASS ACTION COMPLAINT

paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations.

67.     Defendant objects to the remaining allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that its discussion about the operation of the stated technology is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

68.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

69.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists. Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

70.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R.

CASE NO.: 2:25-CV-00334-FMO-PD
ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

Civ. P. 23 exists.

71.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

72.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

73.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. If a response is deemed necessary, Defendant denies the allegations and denies that any certifiable class under Fed. R. Civ. P. 23 exists.

74.     Defendant incorporates its responses in the preceding paragraphs as if full set forth herein.

75.     Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

76.     Defendant specifically denies that it is a "Video Tape Service Provider." Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

77.    Defendant specifically denies that it is a "Video Tape Service Provider." objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

78.    Defendant specifically denies that it is a "Video Tape Service Provider." Defendant further specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

79.    Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's

ANSWER TO CLASS ACTION COMPLAINT
ClarkHill\N2392\512843\287355990.v1-4/12/26

Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

80.   Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

81.   Defendant specifically denies it disclosed any "personally identifiable information" as that term is defined by the VPPA, including any "Private Video Information," of Plaintiff or any other individual. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

82.   Defendant objects to the allegations in this paragraph of Plaintiff's Complaint to the extent they call solely for legal conclusions and/or legal argument to which no response from Defendant is required. Defendant further objects to the allegations in this paragraph of Plaintiff's Complaint to the extent that the citation is incomplete and/or without complete context. If a response is deemed necessary, Defendant denies the allegations, and denies the violation of any law or legal obligation.

CASE NO.: 2:25-CV-00334-FMO-PD

ANSWER TO CLASS ACTION COMPLAINT

ClarkHill\N2392\512843\287355990.v1-4/12/26

# AFFIRMATIVE DEFENSES

Defendant asserts the following defenses without assuming any burden of production or proof, except as required by applicable law with respect to the particular defense asserted.

Defendant reserves the right to plead any additional affirmative or other defenses as they become known or available during the pendency of this action.

## FIRST DEFENSE

## Lack of Standing/Injury

Plaintiff and the putative class lack a concrete injury, and therefore lack Article III standing to bring suit against Defendant. Plaintiff lack any injury because no "personally identifiable information" has been disclosed.

## SECOND DEFENSE

## Not a VTSP

Plaintiff's claims fail based Defendant is not a "video tape service provider" under 18 U.S. Code § 2710.

## THIRD DEFENSE

## Constitutional Right to Free Speech

Plaintiff's claims and the putative class members' claims are barred because the content posted on Defendant's website is protected by the First Amendment of the United States Constitution.

## FOURTH DEFENSE

## Waiver/Consent/Estoppel

Plaintiff's claims and the putative class members' claims are barred to the extent they consented to any use of their information, and/or voluntarily published that information.

## FOURTH DEFENSE

## Failure to Mitigate Damages

Plaintiff's claims and the putative class members' claims are barred to the extent

they failed to mitigate their alleged damages.

## FIFTH DEFENSE

### Intervening/Superseding Cause

Plaintiff's claims and the putative class members' claims are barred because any information concerning them was already in the public domain and a third-party (or third-parties) placed such information on the public domain.

## SIXTH DEFENSE

### Proximate Cause

Plaintiff's and putative class members' claims are barred because any alleged damages were not proximately caused by Defendant.

## EIGHTH DEFENSE

### Statute of Limitations

Plaintiff's claims and the putative class members' claims are barred to the extent they occurred and/or accrued outside the applicable statute(s) of limitations.

## NINTH DEFENSE

### Release

Plaintiff's claims and the putative class members' claims are barred to the extent they executed a release encompassing claims alleged in the Complaint.

## TENTH DEFENSE

### Not Appropriate for Class Action

Plaintiff's Complaint is not proper for treatment as a class action under Fed. R. Civ. P. 23 because, among other reasons: (a) Plaintiff cannot establish commonality of claims; (b) Plaintiff cannot establish typicality of claims; and (c) the individualized nature of Plaintiff's claims predominate and thus make class treatment inappropriate.

## ELEVENTH DEFENSE

CASE NO.: 2:25-CV-00334-FMO-PD

ClarkHill\N2392\512843\287355990.v1-4/12/26

**Class Action Not Superior Method of Adjudication**

A class action is not the superior method of adjudicating this dispute under Fed. R. Civ. P. 23.

## TWELFTH DEFENSE

### Inadequate Class Representatives

Plaintiff is not adequate representatives of the alleged class that they purport to represent under Fed. R. Civ. P. 23.

## THIRTEENTH DEFENSE

### No Entitlement to Punitive Damages

Plaintiff and the putative class members are not entitled to punitive damages because Defendant made reasonable efforts to follow the law at all times and because such an award would violate the right of Defendant to be protected from "excessive fines," as provided in the Eighth Amendment to the United States Constitution.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests entry of judgment against Plaintiff and in favor of National Notary Association, attorneys' fees to the extent allowed by law or otherwise, and such other and further relief as the Court deems necessary, just, and proper.

Dated:  April 12, 2026                    CLARK HILL LLP

By: */s/  Chirag H.Patel*

Myriah V. Jaworski
Chirag H. Patel

*Attorneys for Defendant National Notary Association*

20                    CASE NO.: 2:25-CV-00334-FMO-PD

ANSWER TO CLASS ACTION COMPLAINT

ClarkHill\N2392\512843\287355990.v1-4/12/26