# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-00334 FMO (PDx) | Date | **July 24, 2026** |
|---|---|---|---|
| Title | **Teresa Turner v. National Notary Association** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order Re:  Joint Status Report**

Having reviewed the briefing filed in connection with defendants' Motion to Certify March 27, 2026 Order Denying Motion to Dismiss for Interlocutory Review and to Stay Proceedings, or in the Alternative, Reconsideration [of] the March 27, 2026 Order (Dkt. 44, "Motion").  Because of the time that has elapsed between the filing of the Motion and this Order, the court believes it is necessary to obtain a status update regarding the case.  Accordingly, IT IS ORDERED THAT no later than **July 31, 2026**, the parties shall file a Joint Status Report updating the court as to whether there have been any developments in the case of which the court should be aware.  Specifically, the parties shall address whether there are any appeals pending before the Ninth Circuit that concern or otherwise relate to any of the issues raised in this case.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |