UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 25-00334 FMO (PDx)** | Date | **August 14, 2026** |
| Title | **Teresa Turner v. National Notary Association** | | |

| | | |
|---|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re: Declaration**

Having reviewed the parties' Joint Status Report (Dkt. 49) regarding potential appeals pending before the Ninth Circuit concerning or relating to any of the issues in this case, IT IS ORDERED THAT counsel for each party shall file a Declaration Re Pending Appeal describing the efforts they made to determine what appeals, if any, are pending. The Declaration shall, at a minimum include (1) what databases were searched; (2) when the searches were conducted; and (3) and who conducted the searches. The Declaration shall be filed no later than **August 21, 2026**.

00 : 00

Initials of Preparer vdr